### 40121.   THOMAS v. INTERSTATE LIFE & ACCIDENT INSURANCE COMPANY OF CHATTANOOGA, TENNESSEE.

CARLISLE, Presiding Judge.   This case is controlled by the rulings and judgment this day made and entered in the case of *Geeter v. Interstate Life &c. Ins. Co.,* ante.

*Judgment reversed. Bell and Hall, JJ., concur.*

DECIDED JUNE 27, 1963—REHEARING DENIED JULY 29, 1963.

*Guy B. Scott, Jr.,* for plaintiff in error.
*Stephens, Fortson, Bentley & Griffin, Edwin Fortson,* contra.